**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Roman Perez et al, | Index No. 19-cv-05875 |
| *Plaintiff,* | **MOTION TO WITHDRAW AS COUNSEL** |
| -against- | |
| Sunflower Amsterdam LLC et al, | |
| *Defendants.* | |

    Yolanda Rivero, Esq., the undersigned counsel, respectfully moves to withdraw as counsel for Plaintiff in the above-captioned matter, as her last day of employment with the law firm of Michael Faillace & Associates, P.C. is Friday, January 24, 2020.

    Michael Faillace & Associates, P.C. will continue to represent the Plaintiff(s) in this matter, and no party will be prejudiced if this Motion is granted.

    WHEREFORE, undersigned counsel respectfully requests that this Court permit Yolanda Rivero to withdraw as counsel for the Plaintiff(s) in this matter.

Dated: New York, New York
        January 23, 2019

Respectfully submitted,

*/s/ Yolanda Rivero*
Yolanda Rivero, Esq.
Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
*Attorneys for Plaintiff*