UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN MANUEL ROMAN PEREZ, *individually and on behalf of others similarly situated*, and RAMIRO ROJAS ROMAN, *individually and on behalf of others similarly situated*,

        Plaintiffs,

– against –

SUNFLOWER AMSTERDAM LLC *d/b/a Sunflower Café*, MEUSHAR GILAD, ERAN SHAPIRA, *and* MEIR MOSHE,

        Defendants.

**ORDER**

18 Civ. 5875 (ER)

RAMOS, D.J.:

    The parties are ORDERED to file a status report by May 1, 2020. Failure to comply with this Order may result in sanctions including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

It is SO ORDERED.

Dated:   April 6, 2020
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.