# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 East 42nd St. Suite 2020                                               Telephone: (212) 317-1200
New York, New York 10165                                               Facsimile: (212) 317-1620
_____

May 1, 2020

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

　　　　　Re:　　Roman Perez et al v. Sunflower Amsterdam LLC et al
　　　　　　　　　Index No. 18-cv-5875 (ER)

Dear Judge Ramos:

　　　This office represents Plaintiffs in the above referenced matter.  We write pursuant to the Court's order of April 6, 2020. Between April 6th and the present, we have made attempts to contact Defendants, none of which were successful. As such, this letter is submitted without their input.

　　　On January 30th, 2020, this Court granted Defendants' former counsel leave to withdraw as attorneys of record. The Defendants were instructed to find new counsel within thirty days of that time. To date, no new counsel has filed an appearance, nor does it appear from the docket that Defendants have taken any action at all. Plaintiffs thus plan to seek an entry of default against Defendants.

　　　We thank the Court for its attention to this matter.

　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　/s/ Clela Errington

　　　　　　　　　　　Clela A. Errington, Esq.
　　　　　　　　　　　Michael Faillace & Associates

*Certified as a minority-owned business in the State of New York*