**MEMO ENDORSED**

# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd St. Suite 2020  
New York, New York 10165  
_____

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

May 27, 2020

**BY ECF**

Honorable Edgardo Ramos  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Re:   Roman Perez et al v. Sunflower Amsterdam LLC et al  
<u>Index No. 18-cv-5875 (ER)</u>

Dear Judge Ramos:

This office represents Plaintiffs in the above referenced matter. I am writing 1) to advise the Court that we have been informed by the family of Plaintiff Ramiro Rojas Roman that he has unfortunately passed away and 2) to request an extension of time in which to file the Plaintiffs' Proposed Order to Show Cause.

On May 5, 2020 this Court directed Plaintiffs to file a proposed Order to Show Cause by June 1, 2020. In order to have time in which to determine if Mr. Rojas Roman's estate intends to pursue his claims, or if only Plaintiff Jose Manuel Roman Perez will be seeking a judgment in default, Plaintiffs now request an extension of thirty days in which to file. There have been no previous requests of this nature. Defendants are in default and have been unresponsive to attempts at contact; hence, this request is made without their input.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/ Clela Errington

Clela A. Errington, Esq.  
Michael Faillace & Associates

The application is  X  granted  
                   ___ denied

_____  
Edgardo Ramos, U.S.D.J  
Dated: May. 28, 2020  
New York, New York

*Certified as a minority-owned business in the State of New York*