UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN MANUEL ROMAN PEREZ
*and* RAMIRO ROJAS ROMAN,
*individually and on behalf of others
similarly situated*,

                    Plaintiff,

          *– against –*

SUNFLOWER AMSTERDAM LLC,
*d/b/a* Sunflower Café, MEUSHAR
GILAD, ERAN SHAPIRA, *and* MEIR
MOSHE,

                    Defendants.

**ORDER**

18 Civ. 5875 (ER)

RAMOS, D.J.:

On July 1, 2020, the Court ordered the plaintiffs to file a proposed order to show cause by September 29, 2020, to provide time to determine whether the estate of Rojas Roman would substitute itself for the recently deceased plaintiff.  Doc. 53.  No action has occurred in this case since that time.  Accordingly, the plaintiffs are directed to file a proposed order to show cause and all supporting documentation as provided in Attachment A to this Court's Individual Rules by November 1, 2020.  Failure to comply with this Order could result in sanctions, up to and including dismissal for failure to prosecute.  Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:    October 2, 2020
          New York, New York

_____
          EDGARDO RAMOS, U.S.D.J.