# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620

October 31, 2020

**VIA ECF**
Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   Perez et al v. Sunflower Amsterdam LLC et al.; 18-cv-5875

Dear Judge Ramos

My firm represents Plaintiffs in the above-captioned case. While preparing Order to Show Cause papers to file tomorrow, November 1, 2020, in accordance with the Court's Order of October 2, 2020, I was advised by our IT specialist that our system was subject to a computer virus and I would no longer be able to use my work computer until the issue was resolved. While he is working to restore access, the undersigned currently does not have the ability to access the files necessary in order to comply with Your Honor's order and does not know with certainty when access will be possible.

This is the third request for an extension of this nature. The first was requested due to counsel learning of the passing of plaintiff Ramiro Rojas Roman. The second was requested to allow time to determine whether Plaintiff Roman's estate would pursue his claims. This third request is respectfully made for a very brief extension of one week in order to file the Order to Show Cause in order to rectify this very sudden and unexpected technological issue.

Respectfully Submitted,
_____/s_____
Clela A. Errington, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.
*Attorneys for Plaintiff*

> The request is GRANTED. Plaintiffs are instructed to move for a default by no later than November 9, 2020. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: 11/2/2020
> New York, New York

Certified as a minority-owned business in the State of New York