**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------X

| | |
|---|---|
| JUAN MANUEL ROMAN PEREZ and RAMIRO ROJAS ROMAN, *individually and on behalf of others similarly situated*, | **18-cv-5875** |
| *Plaintiffs*, | **PROPOSED JUDGMENT** |
| -against- | |
| SUNFLOWER AMSTERDAM LLC (D/B/A SUNFLOWER CAFE, MEUSHAR GILAD, ERAN SHAPIRA, and MEIR MOSHE, | |
| *Defendants.* | |

-------------------------------------------------------X

## JUDGMENT

On June 28, 2018, this action was commenced by Plaintiffs' filing of the Complaint. (Dkt. No. 1). The summons and Complaint in this action having been duly served on the above-named defendants SUNFLOWER AMSTERDAM LLC, MEUSHAR GILAD, ERAN SHAPIRA, and MEIR MOSHE and said Defendants having appeared via counsel and answered, have failed to participate in litigation after January 9, 2020.

NOW, on motion of Plaintiff, by his attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiffs have judgment jointly and severally against the Defendants SUNFLOWER AMSTERDAM LLC, MEUSHAR GILAD, ERAN SHAPIRA, and MEIR MOSHE in the amount of $137,420.85 including compensatory damages and permissible liquidated damages and prejudgment interest, all computed as provided in 28 U.S.C. § 1961(a).

That the Plaintiff is awarded attorney's fees in the amount of $$=10,426.00 computed as provided in 28 U.S.C. § 1961(a).

That the Plaintiffs are awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

Dated:        New York, New York
              _____, 2020

                                          _____

                                          _____
                                          UNITED STATES DISTRICT JUDGE


                                          This document was entered on the docket on
                                          _____.

To:
    Sunflower Amsterdam LLC
    676 Amsterdam Avenue
    New York, NY 10025

    Meushar Gilad
    c/o Sunflower Café
    676 Amsterdam Avenue
    New York, NY 10025

    Eran Shapira
    c/o Sunflower Café
    676 Amsterdam Avenue
    New York, NY 10025

    Meir Moshe
    c/o Sunflower Café
    676 Amsterdam Avenue
    New York, NY 10025