USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __4/13/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

JUAN MANUEL ROMAN PEREZ and RAMIRO ROJAS ROMAN, *individually and on behalf of others similarly situated*,

                             *Plaintiffs*,

       -against-

SUNFLOWER AMSTERDAM LLC (D/B/A SUNFLOWER CAFE, MEUSHAR GILAD, ERAN SHAPIRA, and MEIR MOSHE,

                             *Defendants*.

---------------------------------------------------------X

18-cv-5875

**AMENDED**
**ORDER TO SHOW CAUSE**

Upon the declaration of Clela Errington, Esq. dated October 31, 2020 and attached exhibits, it is ORDERED:

That Defendants SUNFLOWER AMSTERDAM LLC (D/B/A SUNFLOWER CAFE, MEUSHAR GILAD, ERAN SHAPIRA, and MEIR MOSHE shall appear to show cause before a motion term of this Court ~~at Courtroom ____ of the United States Courthouse at 40 Foley Square, in the City, County and State of New York~~, on __May 12__, 20~~20~~21, at __10:00__ o'clock in the __fore__ noon thereof, or as soon thereafter as counsel may be heard, why judgment of default should not be entered pursuant to Rule 55 of the Federal Rules of Civil Procedure against such Defendants; and it is further

ORDERED that service of a copy of this Order and annexed affirmation and exhibits upon the Defendants on or before __5__ o'clock in the __after__ noon on __April 16, 2021__, ~~2020~~, by __ECF, email, and FedEx__, shall be deemed good and sufficient service; and it is further

- 2 -

ORDERED that any opposition by Defendant be filed with this Court on or before ___ o'clock in the ____ noon on  April 30, 2021 , ~~2020~~; and it is further

ORDERED that any reply papers by Plaintiff be filed with this Court on or before ___ o'clock in the ____ noon on  May 7, 2021 , ~~2020~~; and it is further

ORDERED that the Defendants are advised that failure to respond to the Order to Show Cause may be grounds for the granting of a default judgment against them, in which event the defendants will have no trial; and it is further

ORDERED that the Plaintiff shall file proof of service of this Order to Show Cause by  April 19, 2021 , 2020.

Dated: New York, New York

ISSUED:  April 13, 2021

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

To:

Sunflower Amsterdam LLC
676 Amsterdam Avenue
New York, NY 10025

Meushar Gilad
c/o Sunflower Café
676 Amsterdam Avenue
New York, NY 10025

Eran Shapira
c/o Sunflower Café
676 Amsterdam Avenue
New York, NY 10025

Meir Moshe
c/o Sunflower Café

- 3 -

676 Amsterdam Avenue
New York, NY 10025

- 3 -