UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN MANUEL ROMAN PEREZ and RAMIRO ROJAS ROMAN, individually and on behalf of others similarly situated,<br>                 Plaintiff,<br><br>-against-<br><br>SUNFLOWER AMSTERDAM LLC (D/B/A SUNFLOWER CAFE, MEUSHAR GILAD, ERAN SHAPIRA, and MEIR MOSHE,<br><br>                 Defendants. | Case No. 1:18-cv-05875-ER<br><br>CERTIFICATE OF SERVICE |

      I, FIDEL LOZANO, an individual above the age of eighteen years, affirms as follows: Today, May 20, 2021, I served copies of the Court's Order (ECF Doc. No. 64) dated April 13, 2021 and Judge Edgardo Ramos' Order scheduling the hearing for order to show cause on July 8, 2021 (ECF Doc No. 68) dated May 20, 2021 upon Defendants SUNFLOWER AMSTERDAM LLC (D/B/A SUNFLOWER CAFE, MEUSHAR GILAD, ERAN SHAPIRA, and MEIR MOSHE by mailing a copy of said Order via First Class Mail to the following address:

Sunflower Amsterdam LLC

676 Amsterdam Avenue

New York, NY 10025


Meushar Gilad

c/o Sunflower Café

676 Amsterdam Avenue

New York, NY 10025


Eran Shapira

c/o Sunflower Café

676 Amsterdam Avenue

New York, NY 10025

Meir Moshe

c/o Sunflower Café

676 Amsterdam Avenue

New York, NY 10025

Date: May 20, 2021

_____

FIDEL LOZANO